# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>McManus, Michael S. | 2. Court or Organization<br><br>Eastern District of California | 3. Date of Report<br><br>05/14/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>United States Courthouse<br>501 I Street, Suite 3-200<br>Sacramento CA 95814 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Sacramento Valley Bankruptcy Forum |
| 2. | Member | National Conference of Bankruptcy Judges |
| 3. | Member | State Bar of California* (see part VIII) |
| 4. | Fellow | American College of Bankruptcy |
| 5. | Member | Randonneurs USA |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | University of Pacific, McGeorge School of Law, teaching income Fall Semester August to December 2013 | $2,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Twin Rivers School District -- teacher |
| 2. | 2013 | Boys and Girls Club -- tutor |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | January 17, 2013 | San Francisco, CA | Speak at educational program | Transportation paid by Source. |
| 2. | Orange County Bankruptcy Forum | May 30-31, 2013 | Irvine, CA | Speak at educational program | Transportation, meals and one night lodging paid by Source |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McManus, Michael S. | 05/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McManus, Michael S. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Account, IRA, Bank of America | A | Interest | J | T | | | | | |
| 2. Mutual Fund, Growth Fund of Amer. Part VIII | B | Dividend | K | T | Sold (part) | 04/15/13 | J | B | Market |
| 3. | | | | | Sold (part) | 07/19/13 | J | C | Market |
| 4. Bank Account, Wells Fargo Bank | A | Interest | J | T | | | | | |
| 5. Bank Account, Wells Fargo Bank | A | Interest | J | T | | | | | |
| 6. Bank Account, UBS Bank. Part VIII | A | Interest | M | T | | | | | |
| 7. Bank Account, IRA, Wells Fargo Bank | A | Interest | J | T | | | | | |
| 8. Bank Account, Wells Fargo Bank | A | Interest | J | T | | | | | |
| 9. Certificate of Deposit, Wells Fargo Bank. Part VIII | A | Interest | J | T | | | | | |
| 10. Mutual Fund, American Funds Capital World Gro&Inc. Part VIII | D | Dividend | K | T | Sold (part) | 04/15/13 | K | D | Market |
| 11. | | | | | Sold (part) | 07/19/13 | J | C | Market |
| 12. Mutual Fund, American Funds, US Govt. Part VIII | C | Dividend | J | T | Sold (part) | 04/15/13 | J | A | Market |
| 13. | | | | | Sold (part) | 07/19/13 | J | A | Market |
| 14. Mutual Fund, Baron Growth Fund. Part VIII | B | Dividend | J | T | Sold (part) | 04/15/13 | J | B | Market |
| 15. | | | | | Sold (part) | 07/19/13 | J | B | Market |
| 16. Mutual Fund, Blackrock Global Alloc. Fund. Part VIII | | None | | | Sold | 04/15/13 | K | C | Market |
| 17. Mutual Fund, FT Templeton Global Bond Fund. Part VIII | D | Dividend | K | T | Sold (part) | 07/19/13 | J | B | Market |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McManus, Michael S. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mutual Fund, Gabelli Equity Income Fund. Part VIII | B | Dividend | J | T | Sold (part) | 04/15/13 | J | B | Market |
| 19. | | | | | Sold (part) | 07/19/13 | J | B | Market |
| 20. Mutual Fund, IVY Global Natural Res. Fund, Part VIII | | None | | | Sold | 04/15/13 | J | | Market |
| 21. Mutual Fund, Keeley Small Cap Fund. Part VIII | A | Dividend | | | Sold | 04/15/13 | J | B | Market |
| 22. Mutual Fund, Loomis Sayles Inv. Gr. Bond Fund. Part VIII | D | Dividend | K | T | Sold (part) | 07/19/13 | J | A | Market |
| 23. Mutual Fund, Pimco Real Return Fund. Part VIII | C | Dividend | J | T | Sold (part) | 04/15/13 | J | A | Market |
| 24. | | | | | Sold (part) | 07/19/13 | J | A | Market |
| 25. Mutual Fund, Royce Premier Fund. Part VIII | B | Dividend | J | T | Sold (part) | 04/15/13 | J | C | Market |
| 26. | | | | | Sold (part) | 07/19/13 | J | A | Market |
| 27. Money Market, UBS PACE MM. Part VIII | A | Interest | J | T | | | | | |
| 28. Mutual Fund, TIAA-CREF, T-C Lifecycle 2015 Fund. Part VIII | A | Dividend | J | T | | | | | |
| 29. Mutual Fund, Prudential Short Term Corporate Bond. Part VIII | C | Dividend | K | T | Sold (part) | 04/15/13 | J | A | Market |
| 30. | | | | | Sold (part) | 07/19/13 | J | A | Market |
| 31. Mutual Fund, Fidelity Advisor Floating Rate. Part VIII | C | Dividend | K | T | Sold (part) | 04/15/13 | J | A | Market |
| 32. | | | | | Sold (part) | 07/19/13 | J | A | Market |
| 33. Mutual Fund, Calamos Gro & Inc. Part VIII | B | Dividend | J | T | Sold (part) | 04/15/13 | J | A | Market |
| 34. | | | | | Sold (part) | 07/19/13 | J | A | Market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McManus, Michael S. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Certificate of Deposit, Bank of China NY Part VIII | A | Interest | | | Matured | 07/17/13 | L | A | N/A |
| 36. Certificate of Deposit, Bank of India NY, Part VIII | A | Interest | | | Matured | 10/16/13 | L | A | N/A |
| 37. Certificate of Deposit, Bank of India NY, Part VIII | A | Interest | | | Matured | 10/23/13 | K | A | N/A |
| 38. Certificate of Deposit, Bank Baroda YO NY Part VIII | A | Interest | | | Matured | 10/30/13 | K | A | N/A |
| 39. Certificate of Deposit, Beal Bank NV | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McManus, Michael S. | 05/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I.

As in past years, membership in the State Bar of California is listed even though the Bar regards judges as nonmembers.

Part IV.

Nos. 1 and 2 were not programs that had the primary purpose of educating judges. They were educational programs for attorneys, accountants, and other professionals working in the bankruptcy/insolvency context.

Part VII

Part VII: No. 2/3. All dividends for 2013 totaled within Income Gain Code B and were reinvested in this mutual fund. The gross value reported in Column C(1) includes the reinvested dividends. The total amount reinvested was within Value Code J.

Part VII: No. 6. All interest earned was retained in this bank account. The gross value reported in Column C(1) includes reinvested interest.

Part VII: No. 9. This 3-month certificate of deposit was initially purchased on 6/19/07 and has been rolled over with the interest earned each three months thereafter.

Part VII: No. 10/11. All dividends for 2013 totaled within Income Gain Code D and were reinvested in this mutual fund. The gross value reported in Column C(1) includes the reinvested dividends. The total amount reinvested was within Value Code J.

Part VII: No. 12/13. All dividends for 2013 totaled within Income Gain Code C and were reinvested in this mutual fund. The gross value reported in Column C(1) includes the reinvested dividends. The total amount reinvested was within Value Code J.

Part VII: No. 14/15. All dividends for 2013 totaled within Income Gain Code B and were reinvested in this mutual fund. The gross value reported in Column C(1) includes the reinvested dividends. The total amount reinvested was within Value Code J.

Part VII: No. 17. All dividends for 2013 totaled within Income Gain Gode D and were reinvested in this mutual fund. The gross value reported in Column C(1) includes the reinvested dividends. The total amount reinvested was within Value Code J.

Part VII: No. 18-19. All dividends for 2013 totaled within Income Gain Code B and were reinvested in this mutual fund. The gross value reported in Column C(1) includes the reinvested dividends. The total amount reinvested was within Value Code J.

Part VII: No. 21. All dividends for 2013 totaled within Income Gain Code A and were reinvested in this mutual fund. The gross value reported in Column C(1) includes the reinvested dividends. The total amount reinvested was within Value Code J

Part VII: No. 22. All dividends for 2013 totaled within Income Gain Code D and were reinvested in this mutual fund. The gross value reported in Column C(1) includes the reinvested dividends. The total amount reinvested was within Value Code J

Part VII: No. 23/24. All dividends for 2013 totaled within Income Gain Code C and were reinvested in this mutual fund on. The gross value reported in Column C(1) includes the reinvested dividends. The total amount reinvested was within Value Code J.

Part VII: No. 25/26. All dividends for 2013 totaled with Income Gain Code B and were reinvested in this mutual fund. The gross value reported in Column C(1) includes the reinvested dividends. The total amount reinvested was within Value Code J.

Part VII: No. 27. All interest earned was retained in this money market account. The gross value reported in Column C(1) includes reinvested interest.

Part VII: No 28. This fund is a retirement account provided by University of Pacific, McGeorge School of Law, where I teach part time. See Part III-A. All dividends for 2013, which totaled an amount within Income Gain Code A, were reinvested in the fund. Further amounts within Value Code J were deducted bimonthly from my pay which, with employer contributions, were used to purchase additional shares. The gross value reported in Column C(1) includes all reinvestment and additional purchases.

Part VII: No. 29/30. All dividends for 2013 totaled with Income Gain Code C and were reinvested in this mutual fund. The gross value reported in Column C(1) includes the reinvested dividends. The total amount reinvested was within Value Code J.

Part VII: No. 31/32. All dividends for 2013 totaled within Income Gain Code C and were reinvested in this mutual fund. The gross value reported in Column C(1) includes the reinvested dividends. The total amount reinvested was within Value Code J.

Part VII: No. 33/34. All dividends for 2013 totaled within Income Gain Code B and were reinvested in this mutual fund. The gross value reported in Column C(1) includes the reinvested dividends. The total amount reinvested was within Value Code J.

Part VII: No. 35-39. The funds used to purchase these certificates of deposit were drawn from No. 6. The funds from the matured certificates, No. 35-38 were deposited back into No. 6.

| Name of Person Reporting | Date of Report |
|---|---|
| McManus, Michael S. | 05/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: No. 2/3, 10/11, 12/13, 14/15, 17, 18/19, 22, 23/24, 25/26, 29/30, 31/32, 33/34. Portions of these mutual funds were sold during the reporting period. The proceeds from sale were deposited into No. 6.

Part VII: No. 16, 20, 21. These mutual funds were sold in their entirety during the reporting period. The sale proceeds were deposited into No. 6.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Michael S. McManus**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544